**Order entered January 8, 2021**



In the
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00542-CV

### QADREE CAMPBELL, Appellant

### V.

### ANGELA MARIE PECINA A/K/A ANGELA HOWELL AND GREGORY OLIVAREZ PECINA, Appellees

**On Appeal from the County Court at Law No. 4
Collin County, Texas
Trial Court Cause No. 004-01649-2018**

## ORDER

This appeal has been submitted in this Court and is pending. The appellate record shows that in the trial court, appellant Qadree Campbell filed a timely request for findings of fact and conclusions of law and a timely notice of past due findings of fact and conclusions of law. *See* TEX. R. CIV. P. 296, 297. The trial court did not issue findings of fact and conclusions of law.

Pursuant to Texas Rule of Appellate Procedure 44.4, we **ORDER** the Honorable David Rippel, Judge of the Collin County Court at Law No. 4, to make

findings of fact and conclusions of law **within twenty days of the date of this order** and ensure those findings of fact and conclusions of law are filed in a supplemental clerk's record in this Court **within thirty days of the date of this order**. *See* TEX. R. APP. P. 44.4.

We **ABATE** this appeal to allow the trial court to comply with this order. This appeal will be automatically reinstated thirty days from the date of this order or when this Court receives the supplemental clerk's record containing the findings of fact and conclusions of law, whichever occurs sooner.

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to Judge David Rippel and all counsel of record.

/s/    CORY L. CARLYLE
JUSTICE